BK Attorney Services, LLC
BK Attorney Services, LLC
PO Box 1028
Davenport, WA 99122

# CERTIFICATE OF SERVICE

DATE RECEIVED: Dec 02, 2010          TIME RECEIVED: 12:14PM          TOTAL SERVED: 17

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:    Humberto Reyes                                       CASE NO: 10-71655

                                                               CERTIFICATE OF SERVICE

ATTORNEY/TRUSTEE:    Robert Keyes Law
ADDRESS              300 North Huron Street
                     Ypsilanti, MI 48197

On Friday, December 03, 2010, a copy of the following documents, described below,

**Coversheet for Amendments and Amended Schedule F**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury, under the laws of the United States of America, that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: December 3, 2010

_____
Maria Gonzalez
BK Attorney Services, LLC
An Authorized Notice Provider for
the United States Bankruptcy Courts

*Certificate of Service*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0645-2<br>Case 10-71655-swr<br>Eastern District of Michigan<br>Detroit<br>Thu Dec  2 19:20:13 EST 2010 | Antonio Ventura Reyes<br>137 Chestnut Dr.<br>Ypsilanti, MI  48197 | Bank Of America<br>Attn: Bankruptcy NC4-105-03-14<br>Po Box 26012<br>Greensboro, NC 27420-6012 |
| Capital One, N.a.<br>C/O American Infosource<br>Po Box 54529<br>Oklahoma City, OK 73154-1529 | Chase<br>201 N. Walnut St//De1-1027<br>Wilmington, DE 19801-2920 | Crd Prt Asso<br>Attn: Bankruptcy<br>Po Box 802068<br>Dallas, TX 75380-2068 |
| Danira Posas-Hernandez<br>1377 Chesnut Drive<br>Ypsilanti, MI 48197-1201 | Dell Financial Services<br>Attn: Bankruptcy Dept.<br>Po Box 81577<br>Austin, TX 78708-1577 | Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5213<br>Carol Stream, IL 60197-5213 |
| Hsbc Bank<br>Attn: Bankruptcy<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | ~~John Robert Keyes~~<br>~~300 North Huron Street~~<br>~~Ypsilanti, MI 48197-2842~~ |
| Merchants & Medical Credit Corporation<br>6324 Taylor Drive<br>Flint, MI 48507-4685 | Midwest Financial Cr U<br>2400 Green Rd<br>Ann Arbor, MI 48105-1550 | Timothy J. Miller<br>64541 Van Dyke<br>Suite 101-B<br>Washington, MI 48095-2570 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Humberto Ventura Reyes<br>1377 Chesnut Dr.<br>Ypsilanti, MI 48197-1201 | St. Joseph Mercy Hospital<br>5301 E. Huron River Drive<br>P.O. Box 993<br>Ann Arbor, MI 48106-0993 |
| Tnb-visa<br>Po Box 560284<br>Dallas, TX 75356-0284 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     0<br>Total                  18 | |